IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | CIVIL ACTION NO. _____ |
| Plaintiff | * | |
| v. | * | NOTICE OF REMOVAL FROM THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA CASE NO. 5614-07 |
| CORFU CONTRACTORS, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**OHIO CASUALTY INSURANCE COMPANY'S
DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for the Ohio Casualty Insurance Company ("Ohio Casualty"), certify that to the best of my knowledge and belief, that there are no parent companies, subsidiaries, or affiliates of Ohio Casualty that have any outstanding securities in the hands of the public.

On or about August 24, 2007, Liberty Mutual Insurance Company ("Liberty") acquired Ohio Casualty Corporation, of which Ohio Casualty was a wholly owned subsidiary. Liberty is a mutual company with no publicly traded stock. These representations are made in order that judges of this Court may determine the need for recusal.

*Cynthia E. Rodgers-Waire*
Cynthia E. Rodgers-Waire
Bar No. 444095
crodgers-waire@wtplaw.com
Nichole M. Velasquez, Esquire
Bar No. 495315
nvelasquez@wtplaw.com
Whiteford, Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland 21202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 12th day of September, 2007, copies of Ohio Casualty Insurance Company's Disclosure of Affiliations and Financial Interest were sent electronically and/or mailed, first class, postage prepaid, to:

    Christopher L. Grant, Esquire
    1250 Connecticut Avenue, N.W., Suite 200
    Washington, D.C. 20036
    lawgrant@mindspring.com

    Stephen J. Annino, Esquire
    Kasimer & Annino, P.C.
    7653 Leesburg Pike
    Falls Church, Virginia 22043-2520
    sannino@kasannlaw.com

*Cynthia E. Rodgers-Waire*
Cynthia E. Rodgers-Waire

1753708