IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | CIVIL ACTION NO. _____ |
| Plaintiff | * | |
| v. | * | NOTICE OF REMOVAL FROM THE SUPERIOR COURT FOR THE |
| CORFU CONTRACTORS, INC., et al. | * | DISTRICT OF COLUMBIA CASE NO. 5614-07 |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OHIO CASUALTY INSURANCE COMPANY'S
## ANSWER TO COMPLAINT

Ohio Casualty Insurance Company ("Ohio Casualty"), by its undersigned counsel, files its Answer to the Complaint filed against it by A-J Marine, Inc. ("A-J Marine"), stating as follows:

1.   Ohio Casualty has insufficient knowledge to either admit or deny the allegations as set forth in paragraph 1, and on that ground, denies same.

2.   Ohio Casualty has insufficient knowledge to either admit or deny the allegations as set forth in paragraph 2, and on that ground, denies same.

3.   Ohio Casualty admits that at the time of the filing of the Complaint in this action, it was an insurance company organized under the laws of the State of Ohio with offices located at 136 North Third Street, Hamilton Ohio, 45025. Since the filing of the Complaint, Ohio Casualty and all of its affiliated entities have been acquired by Liberty Mutual Insurance Company. The remaining allegations in paragraph 3 state a legal conclusion to which no response is required.

4. Ohio Casualty admits that the Superior Court for the District of Columbia had personal jurisdiction over Ohio Casualty. Ohio Casualty has subsequently removed the case to this Court.

### Count One: Breach of Contract

5-12. The responses to paragraphs 1-4 to the Complaint as set forth above are incorporated herein by reference. The allegations of Count One of the Complaint are not directed at Ohio Casualty, therefore, an answer by Ohio Casualty is not required. To the extent that an answer is required by Ohio Casualty, Ohio Casualty denies the allegations set forth in paragraph 5-12 of the Complaint.

### Count Two: Breach of Payment Bond

13. The responses to paragraphs 1-12 to the Complaint as set forth above are incorporated herein by reference as its response to the allegations set forth in paragraph 13 of the Complaint.

14. In response to paragraph 14 of the Complaint, Ohio Casualty admits that it issued the Payment Bond attached as Exhibit C to the Complaint, the terms of which Payment Bond speak for themselves. The Payment Bond provides that any suit or action shall be filed only in a "state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated or in the United States district court for the district in which the project, or any part thereof, is situated, and not elsewhere."

15. In response to the allegations contained in paragraph 15 of the Complaint, Ohio Casualty admits the allegations contained in the first two sentences of paragraph 15. Ohio Casualty denies the remaining allegations set forth in paragraph 15.

16. Ohio Casualty denies the allegations set forth in paragraph 16.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. A-J Marine's claims are barred in whole or in part by the terms of the Payment Bond provided by Ohio Casualty, because the Complaint seeks recovery for items outside of the scope of the Bond's coverage.

3. A-J Marine's claims are barred in whole or in part by its prior material breaches of its contract with Corfu Contractors, Inc.

4. Ohio Casualty asserts all of the affirmative defenses, setoffs, and recoupments available to its principal, Corfu Contractors, Inc.

5. A-J Marine's claims are barred in whole or in part by the terms of the contract under which it has filed suit.

6. Ohio Casualty reserves the right to assert any other defenses available to it at law or in equity as may appear at any time in this matter throughout the trial thereof.

*Cynthia E. Rodgers-Waire*
Cynthia E. Rodgers-Waire
Bar No. 444095
crodgers-waire@wtplaw.com
Nichole M. Velasquez, Esquire
Bar No. 495315
nvelasquez@wtplaw.com

Whiteford, Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland 21202

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 12th day of September, 2007, copies of Ohio Casualty Insurance Company's Answer to Complaint were sent electronically and/or mailed, first class, postage prepaid, to:

Christopher L. Grant, Esquire
1250 Connecticut Avenue, N.W., Suite 200
Washington, D.C. 20036
lawgrant@mindspring.com

Stephen J. Annino, Esquire
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043-2520
sannino@kasannlaw.com

*Cynthia E. Rodgers-Waire*
Cynthia E. Rodgers-Waire

1753708