IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. 071642 |
| CORFU CONTRACTORS, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER OF CORFU CONTRACTORS, INC.

Corfu Contractors, Inc., ("Corfu"), by its undersigned counsel, files its Answer to the Complaint filed against it by A-J Marine, Inc. ("AJ Marine") and states in response thereto as follows:

1.  Corfu lacks sufficient knowledge or information to form a belief as to the truth or accuracy of the allegations in paragraph 1 and therefore denies the same.

2.  Corfu admits the allegations in the first sentence of paragraph 2 of the Complaint and denies the remaining allegations.

3.  Corfu admits the allegations of paragraph 3 of the Complaint.

4.  Corfu admits that this action was originally filed in Superior Court for the District of Columbia and denies the remaining allegations of paragraph 4.

5.  The responses of paragraphs 1 through 4 of the Complaints set forth hereinabove are incorporated herein by reference, as Corfu's response to the allegation of paragraph 5.

6.  The allegations of paragraph 6 are admitted.

7. The allegations of paragraph 7 seek to characterize the terms of a written document which speaks for itself, accordingly, any allegations inconsistent with those set forth in the written document are denied.

8. The allegations of paragraph 8 seek to characterize the terms of a written document which speaks for itself, accordingly, any allegations inconsistent with those set forth in the written document are denied.

9. The allegations of paragraph 9 seek to characterize the terms of a written document which speaks for itself, accordingly, any allegations inconsistent with those set forth in the written document are denied.

10. The allegations of paragraph 10 are denied.

11. The allegations of paragraph 11 are denied.

12. The allegations of paragraph 12 are denied.

13. The responses of paragraph 1 through 12 set forth hereinabove are incorporated herein by reference as Corfu's response to paragraph 13.

14. The allegations in the first 3 sentences of paragraph 14 are admitted. The allegations in the last sentence of paragraph 14 are denied.

15. The allegations set forth in the first 2 sentences of paragraph 15 are admitted. The remaining allegations of paragraph 15 are denied.

16. The allegations of paragraph 16 are denied.

17. Any allegations specific of the Complaint not specifically admitted hereinabove are denied.

## **AFFIRMATIVE DEFENSES**

18. AJ Marine's claims are barred in whole or in part by the terms of the contract and/or the payment bond provided in this action.

19. AJ Marine's claims are barred in whole or in part by its prior material breaches of its contract with Corfu Contractors, Inc. and by its own acts and omissions.

20. AJ Marine's claims have been waived or AJ Marine is otherwise estopped from making the claims it asserts in this action.

21. The claims of AJ Marine are barred by its failure to mitigate damages.

22. The contract upon which AJ Marine seeks to recover is void and/or is unenforceable as a result of a mutual mistake of fact.

AND NOW having fully responded to the Complaint the undersigned prays that the same be dismissed with an award to it of costs on this behalf expended.

Respectfully submitted,

_____
Stephen J. Annino, (DC Bar 390252)
KASIERM & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax
*Counsel for Corfu Contractors, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this pleading was sent on the 19th day of September, 2007 via first class, postage prepaid mail to the following:

Christopher L. Grant, Esq.
1250 Connecticut Ave, NW
Suite 200
Washington, DC 20036

Cynthia E. Rodgers-Waire, Esq.
Nicole Velasquez, Esq.
Whiteford Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland 21202

_____
Stephen J. Annino