IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC., | * | |
| Plaintiff | * | |
| v. | * | Civil Action 1:07-cv-01642-RMC |
| CORFU CONTRACTORS, INC., et al., | * | |
| Defendants. | * | |

## ANSWER OF A-J MARINE, INC. TO COUNTERCLAIM

COMES NOW Plaintiff A-J MARINE, INC. and answers the Counterclaim of defendant CORFU CONTRACTORS, INC. In response to the specific allegations of the Counterclaim, A-J Marine, Inc. avers as follows:

1. According to A-J Marine, Inc.'s information, the prime contract that pertains to this action was between Corfu Contractors, Inc. and the Washington Metropolitan Area Service Authority. The differing allegation of paragraph 1 of the Counterclaim is denied. The remaining allegations of paragraph 1 are admitted.

2. The first sentence of paragraph 2 is admitted. A-J Marine, Inc. lacks sufficient information upon which to admit or to deny the allegations of paragraph 2 as to the requirements of the prime contract that pertains to this action, and therefore denies them. Paragraph 2 does not accurately quote the subcontract's insurance requirements. Except as here stated, paragraph 2 is denied.

3. Paragraph 3 does not accurately quote Article 5 of the subcontract, and is therefore denied to that extent.

4. Paragraph 4 is denied. The subcontract between A-J Marine, Inc. and Corfu Contractors, Inc. did not require submission of evidence of appropriate insurance prior to commencement of performance by A-J Marine, Inc.

5. Paragraph 5 is denied.

6. Paragraph 6 is denied.

7. Paragraph 7 is denied.

8. Paragraph 8 is denied.

### **Affirmative Defenses**

In response to the allegations of the Complaint, A-J Marine, Inc. asserts the following affirmative defenses: estoppel, failure of consideration, waiver.

WHEREFORE, A-J Marine, Inc. prays that the Court enter judgment in its favor and against Corfu Contractors, Inc. upon all allegations and claims set forth in the Counterclaim, that A-J Marine, Inc. be awarded the costs of this action, and that the Court award all such further relief to A-J Marine, Inc. as the Court may deem just.

    /s/_____
Christopher L. Grant
D.C. Bar 396132
1250 Connecticut Ave., NW.
Suite 200
Washington, D.C. 20036
(202) 261-3515
lawgrant@mindspring.com
Attorney for A-J Marine, Inc.

Certificate of Service

    I hereby certify that I have this 5th day of October 2007 served a copy of this Answer upon defendants by U.S. mail addressed as follows:

Stephen J. Annino, Esq.
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043

Cynthia E. Rodgers-Waire, Esq.
Whiteford Taylor & Preston, LLP
7 St. Paul Street
Baltimore, MD 21202

             /s/_____
             Christopher L. Grant