IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC., | * | |
| Plaintiff | * | |
| v. | * | Civil Action 1:07-cv-01642-RMC |
| CORFU CONTRACTORS, INC., et al., | * | |
| Defendants. | * | |

CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

     I, the undersigned, counsel of record for plaintiff A-J Marine, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of A-J Marine, Inc. which have any outstanding securities in the hands of the public:  None.

                                                    /s/_____
                                                    Christopher L. Grant
                                                    D.C. Bar 396132
                                                    1250 Connecticut Ave., NW.
                                                    Suite 200
                                                    Washington, D.C. 20036
                                                    (202) 261-3515
                                                    lawgrant@mindspring.com
                                                    Attorney of Record for
                                                    Plaintiff A-J Marine, Inc.

<u>Certificate of Service</u>

      I hereby certify that I have this 5th day of October 2007 served a copy of this Certificate upon defendants by U.S. mail addressed as follows:

Stephen J. Annino, Esq.
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043


Cynthia E. Rodgers-Waire, Esq.
Whiteford Taylor & Preston, LLP
7 St. Paul Street
Baltimore, MD 21202


       /s/_____
Christopher L. Grant