IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC., | * | |
|     Plaintiff | * | |
| v. | * | Civil Action 1:07-cv-01642-RMC |
| CORFU CONTRACTORS, INC., et al., | * | |
|     Defendants. | * | |

JOINT REPORT OF PARTIES PURSUANT TO
FED.R.CIV.P. 26(f) AND LOCAL CIVIL RULE 16.3

COME NOW plaintiff A-J MARINE, INC., defendant and counterclaimant CORFU CONTRACTORS, INC., and defendant OHIO CASUALTY INSURANCE COMPANY and submit this report pursuant to Fed.R.Civ.P. 26(f) and Local Civil Rule 16.3 of this Court.

Counsel for the three parties have conferred and have agreed upon the following procedures and schedule for pretrial activities.

The parties agree to dispense with the initial disclosures described by Fed.R.Civ.P. 26(a)(1), and to seek the necessary information through the other procedures of discovery. The parties believe that interrogatories, requests for production of documents, and oral depositions will be useful in preparing the case for trial. The parties agree that all such requests for discovery shall be issued on or before April 30, 2008. Discovery shall be completed on or before June 30, 2008.

The parties do not presently believe that this action can be disposed of by dispositive motion. The parties agree that any such motion which later appears appropriate will be filed on or before July 31, 2008.

The parties do not presently believe that it is appropriate to join any additional party or to amend any pleading. The parties during the discovery process will explore whether factual or legal issues can be agreed upon or narrowed.

The parties do not request that this matter be assigned to a magistrate judge.

The parties do not yet know whether there is a realistic possibility of settling the case. Mediation may be useful after the conclusion of discovery. The parties do not believe that a neutral evaluation of the case would be useful at this time. The parties do not believe that it would be useful to stay the action or any proceedings while an ADR process is pending.

The parties do not yet know whether it will be necessary to employ expert witnesses.

There does not appear a need for bifurcation or management of the case in phases.

A pretrial conference could be scheduled for any date after August 31, 2008.  The trial date could be set at that time.

The following is a brief statement of the case and the legal basis for all causes of action and defenses.  Plaintiff A-J Marine, Inc. submits a claim for breach of contract against defendant Corfu Contractors, Inc. arising out of a written subcontract for the performance of work on a project of the Washington Metropolitan Area Service Authority.  The Complaint avers that A-J Marine mobilized for the commencement of its

work, and that Corfu Contractors thereafter abandoned the subcontract. A-J Marine seeks damages consisting of the sum earned by it, plus the value of certain property.

Corfu Contractors, Inc.'s defenses to the Complaint include a general denial and several affirmative defenses.

The Complaint further asserts a claim against defendant Ohio Casualty Insurance Company based upon a payment bond provided by Ohio Casualty to the project on behalf of its principal, Corfu Contractors. A-J Marine made a claim against the bond for the sum it claimed due from Corfu Contractors; Ohio Casualty declined to pay the claim.

Ohio Casualty Insurance Company's Answer to the Complaint includes a general denial and several affirmative defenses.

Corfu Contractors, Inc. submits a Counterclaim against A-J Marine, Inc. The Counterclaim avers that the subcontract between A-J Marine and Corfu Contractors required A-J Marine to obtain certain insurance coverage for the project and to provide evidence of having done so, that A-J Marine failed to obtain the required insurance, that A-J Marine refused to perform any work on the project, and that Corfu Contractors incurred damages in re-procuring a subcontractor to perform the work that A-J Marine was required to perform. Corfu Contractors seeks to recover its damages for breach of contract.

A-J Marine, Inc.'s defenses to the Counterclaim include a general denial and several affirmative defenses.

Respectfully submitted this 19th day of October 2007.

    /s/_____
Christopher L. Grant
D.C. Bar 396132
1250 Connecticut Ave., NW.
Suite 200
Washington, D.C. 20036
(202) 261-3515
Attorney for A-J Marine, Inc.


    /s/_____
Stephen J. Annino
D.C. Bar 390252
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043
(703) 893-3914
Attorney for Corfu Contractors, Inc.


    /s/_____
Cynthia E. Rodgers-Waire
D.C. Bar 444095
Whiteford, Taylor & Preston, LLP
7 St. Paul Street
Baltimore, MD 21202
(410) 347-8723
Attorney for Ohio Casualty
 Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC., | * | |
| Plaintiff | * | |
| v. | * | Civil Action 1:07-cv-01642-RMC |
| CORFU CONTRACTORS, INC., et al., | * | |
| Defendants. | * | |

SCHEDULING ORDER

This matter came on to be heard with respect to the parties' joint report submitted pursuant to Fed.R.Civ.P. 26(f) and Local Civil Rule 16.3 of this Court. Counsel for the three parties have conferred and have agreed upon the following procedures and schedule for pretrial activities, which are hereby made the Order of this Court.

The parties will dispense with the initial disclosures described by Fed.R.Civ.P. 26(a)(1), and will seek the necessary information through the other procedures of discovery. The parties may make use of interrogatories, requests for production of documents, and oral depositions in preparing the case for trial. All such requests for discovery shall be issued on or before April 30, 2008. Discovery shall be completed on or before June 30, 2008.

Any dispositive motion must be filed on or before July 31, 2008.

A pretrial conference will be scheduled for a date after August 31, 2008. The trial date will be set at that time.

Ordered this __ day of _____, 2007.

_____
United States District Judge

<u>Certificate of Service</u>

  I hereby certify that I have this 19th day of October 2007 served a copy of this Report upon defendants by U.S. mail addressed as follows:

Stephen J. Annino, Esq.
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043

Cynthia E. Rodgers-Waire, Esq.
Whiteford Taylor & Preston, LLP
7 St. Paul Street
Baltimore, MD 21202

            /s/_____
            Christopher L. Grant