IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | |
|    Plaintiff, | * | |
| v. | * | Case No. 071642 |
| CORFU CONTRACTORS, INC. | * | |
|    Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION FOR ADMISSION PRO HAC VICE

Corfu Contractors, Inc., ("Corfu"), by its undersigned counsel, hereby moves the Court for entry of an order permitting Michael Joseph Pierce of Kasimer & Annino, P.C. to appear *pro hac vice* pursuant to Local Rule 83.2(d) at the scheduling conference in this matter on October 25, 2007.  Mr. Pierce's declaration is attached hereto and incorporated herein.

Respectfully submitted,

    /s/
Stephen J. Annino, (DC Bar 390252)
KASIERM & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax
*Counsel for Corfu Contractors, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this pleading was sent on the 24th day of October, 2007 via first class, postage prepaid mail to the following:

    Christopher L. Grant, Esq.
    1250 Connecticut Ave, NW
    Suite 200
    Washington, DC 20036

    Cynthia E. Rodgers-Waire, Esq.
    Nicole Velasquez, Esq.
    Whiteford Taylor & Preston, LLP
    7 St. Paul Street
    Baltimore, Maryland 21202

                                                                /s/
                                              Stephen J. Annino

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. 071642 |
| CORFU CONTRACTORS, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## DECLARATION OF MICHAEL JOSEPH PIERCE

Pursuant to Local Rule 83.2(d), Michael Joseph Pierce makes the following declaration in support of the motion to admit him *pro hac vice* in this matter:

1. My full name is Michael Joseph Pierce.

2. My office address and phone number are:

   M. Joseph Pierce
   Kasimer & Annino, P.C.
   7653 Leesburg Pike
   Falls Church VA 22043
   703-893-3914

3. I am admitted to the bars of Virginia, Maryland, the District of Columbia, and the U.S. District Court for the Eastern District of Virginia

4. I hereby certify that I have never been disciplined by any bar.

5. I have never been admitted before this Court *pro hac vice*.

6. I do not engage in the practice of law from an office located in the District of Columbia. I am a member of the District of Columbia Bar.

_____
Michael Joseph Pierce

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | |
|     Plaintiff, | * | |
| v. | * | Case No. 071642 |
| CORFU CONTRACTORS, INC. | * | |
|     Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

THIS CASE came before the Court on Defendant's Motion to admit Michael Joseph Pierce *pro hac vice* to appear at the scheduling conference in this matter on October 25, 2007. Upon consideration of the motion, it is hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that Michael Joseph Pierce is hereby admitted to appear before this Court at the scheduling conference on October 25, 2007 only.

ENTERED this _____ day of _____, 2007.

_____
Judge, US District Court, District of Columbia

WE ASK FOR THIS:

_____/s/_____
Stephen J. Annino, Esq. (DC390252)
KASIMER & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax
*Counsel for Defendant*