IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. 071642 |
| CORFU CONTRACTORS, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF FILING DISCOVERY

THE CLERK OF THE COURT and all interested parties are requested to note that a true copy of this Notice together with the Defendant's First Set of Interrogatories and First Request for Production of Documents to Plaintiff, A-J Marine, Inc., were sent via first class U.S. Mail, postage prepaid on this 26th day of December, 2007 to Plaintiff's Counsel.

Respectfully submitted,

/s/
Stephen J. Annino, (DC Bar 390252)
KASIMER & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax
*Counsel for Corfu Contractors, Inc.*
sannino@kasannlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this pleading was sent on the 26th day of December, 2007 via first class, postage prepaid mail to the following:

>Christopher L. Grant, Esq.
>1250 Connecticut Ave, NW
>Suite 200
>Washington, DC 20036
>
>Cynthia E. Rodgers-Waire, Esq.
>Nicole Velasquez, Esq.
>Whiteford Taylor & Preston, LLP
>7 St. Paul Street
>Baltimore, Maryland 21202

>_____/s/_____
>Stephen J. Annino