IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | |
|     Plaintiff, | * | |
| v. | * | Case No. 071642 |
| CORFU CONTRACTORS, INC. | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF FILING NOTICE OF DEPOSITION

THE CLERK OF THE COURT and all interested parties are requested to note that on the dates and times indicated below, the undersigned will take the deposition of the below-listed person at the office of Kasimer & Annino, P.C., 7653 Leesburg Pike, Falls Church, Virginia 22043, or such other place as may be mutually agreed, before a Notary Public or Court Reporter authorized to administer oath, for purposes of discovery and/or for use at trial, or both, at which time and place you are notified that you may appear and take such part in the deposition as may be fit and proper. The deposition may continue from day to day until adjourned.

| Date/Time | Deponent Name(s) |
|---|---|
| April 23, 2008 at 10:00 a.m. | James D. Nicholas |

Respectfully submitted,

/s/
Stephen J. Annino, (DC Bar 390252)
KASIMER & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax
*Counsel for Corfu Contractors, Inc.*
sannino@kasannlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this pleading was sent on the 8th day of April, 2008 via first class, postage prepaid mail to the following:

Christopher L. Grant, Esq.
1250 Connecticut Ave, NW
Suite 200
Washington, DC 20036

Cynthia E. Rodgers-Waire, Esq.
Nicole Velasquez, Esq.
Whiteford Taylor & Preston, LLP
7 St. Paul Street
Baltimore, Maryland 21202

/s/
Stephen J. Annino

2