IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. 071642 |
| CORFU CONTRACTORS, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

THIS CASE came before the Court on Defendant Corfu Contractors, Inc.'s Motion to Amend Answer and Counterclaim and Add Third Party Defendant. Upon consideration of the motion, it is hereby ORDERED that

1. the Motion to Amend Corfu's Answer and Counterclaim is GRANTED

2. the Motion to Add Third Party Defendant is GRANTED.

It is further ORDERED that the Clerk shall file the Amended Answer and Counterclaim, and the Third Party Complaint, and shall issue the Summons. Plaintiff, A-J Marine, Inc., shall respond to the amended counterclaim within 20 days from entry of this Order.

ENTERED this _____ day of _____, 2008.

_____
Judge, US District Court, District of Columbia