IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. 071642 |
| CORFU CONTRACTORS, INC. | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **ERRATA**

Attached as Exhibit A please find the Proposed Order to the Motion to Amend Answer and Counterclaim and Add Third Party Defendant filed with this court on June 5, 2008 *via the Electronic filing system.*

Respectfully submitted,

/s/ Stephen J. Annino
Stephen J. Annino, (DC Bar 390252)
KASIMER & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax
*Counsel for Corfu Contractors, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of this pleading was sent on the 6th day of June, 2008 via first class, postage prepaid mail to the following:

>Christopher L. Grant, Esq.
>1250 Connecticut Ave, NW
>Suite 200
>Washington, DC 20036
>
>Cynthia E. Rodgers-Waire, Esq.
>Nicole Velasquez, Esq.
>Whiteford Taylor & Preston, LLP
>7 St. Paul Street
>Baltimore, Maryland 21202

/s/ Stephen J. Annino_____
Stephen J. Annino

P:\Docs\Corfu Contractors\AJ Marine\Pleadings\Errata. 060608.doc

Case 1:07-cv-01642-RMC    Document 17    Filed 06/06/2008    Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| A-J MARINE, INC. | * | |
| Plaintiff, | * | |
| v. | * | Case No. 071642 |
| CORFU CONTRACTORS, INC. | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

THIS CASE came before the Court on Defendant Corfu Contractors, Inc.'s Motion to Amend Answer and Counterclaim and Add Third Party Defendant. Upon consideration of the motion, it is hereby ORDERED that

1. the Motion to Amend Corfu's Answer and Counterclaim is GRANTED

2. the Motion to Add Third Party Defendant is GRANTED.

It is further ORDERED that the Clerk shall file the Amended Answer and Counterclaim, and the Third Party Complaint, and shall issue the Summons. Plaintiff, A-J Marine, Inc., shall respond to the amended counterclaim within 20 days from entry of this Order.

ENTERED this _____ day of _____, 2008.

_____
Judge, US District Court, District of Columbia