IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A-J MARINE, INC. *

Plaintiff, *

v. * Case No. 071642

CORFU CONTRACTORS, INC. *

Defendant *
Third Party Plaintiff
*

v. *

PETER KALOS *

Third Party Defendant *

* * * * * * * * * * * *

THIRD PARTY COMPLAINT

1. Corfu Contractors, Inc., is the general contractor on a project known as the Washington Metropolitan Area Service Authority, Contract No. FN3031, "Scour Countermeasure Installation for Potomac River Metrorail Bridge, Piers District of Columbia." ("the Project").

2. Peter Kalos acted as Corfu's project manager on the project. He is also the president of Brickwood Contractors, Inc. ("Brickwood").

3. The Court has jurisdiction over this claim pursuant to 28 U.S.C. § 1367(b).

4. On August 14, 2007, the plaintiff, A-J Marine, Inc. ("AJ Marine"), filed a Complaint in Superior Court of the District of Columbia alleging breach of contract against defendant Corfu Contractors, Inc. and alleging a bond claim against The Ohio

Casualty Insurance Company (the "Complaint"). A copy of the Complaint is attached hereto as Exhibit 1.

5. On September 12, 2007, the case was removed to the United States District Court for the District of Columbia.

6. AJ Marine alleges that Corfu breached a subcontract agreement dated October 24, 2006 (the "AJ Marine subcontract") by failing to pay $253,380.50 allegedly earned by AJ Marine for work on the Project and by refusing to forfeit a turbidity curtain to AJ Marine.

7. Pursuant to a subcontract agreement dated March 8, 2005, Corfu subcontracted all work on the Project to Brickwood Contractors, Inc. (the "Brickwood subcontract"). A copy of that subcontract is attached hereto as Exhibit 2.

8. The parties contemplated that Brickwood would perform all of Corfu's work on the Project and Kalos would be responsible for all administrative duties with WMATA on the Project. Kalos was granted the authority to deal with WMATA on Corfu's behalf but did not have the authority to sign subcontracts on behalf of Corfu.

9. Corfu has paid Brickwood for all work performed on the Project.

10. When executing the AJ Marine subcontract, Peter Kalos did not sign as Brickwood's president. Instead, the subcontract indicates that he represented that he was signing on Corfu's behalf. A copy of the AJ Marine subcontract was attached to the original Complaint.

11. Although Kalos was given the title of project manager on the Project for purposes of dealing with WMATA, he did not have, nor has he ever had, the authority to sign subcontracts on Corfu's behalf.

12. In signing the AJ Marine subcontract Kalos exceeded his authority and breached his limited agency agreement with Corfu. Kalos further breached his limited agency agreement by failing to convey all relevant information concerning his duties to Corfu, withholding information, and otherwise acting to prejudice Corfu's rights and obligations. In the alternative, Kalos failed to properly advise Corfu as to insurance requirements on the Project and thereby interfered with any contract which Corfu may be held liable for in this matter.

13. The only claim alleged against Corfu in the Complaint is that it breached the subcontract signed by Peter Kalos without Corfu's knowledge or consent.

14. To the extent Corfu is determined to be liable in this matter, Kalos is liable to Corfu as a result of his breaches of his agreements with Corfu.

WHEREFORE, Corfu Contractors, Inc. requests that judgment be entered against third-party defendant, Peter Kalos for all amounts that may be adjudged against defendant Corfu Contractors, Inc. in favor of plaintiff A-J Marine, Inc., plus interest, costs, and attorneys fees.

Respectfully submitted,

Stephen J. Annino, (DC Bar 90252)
KASIMER & ANNINO, P.C.
7653 Leesburg Pike
Falls Church, Virginia 22043
(703) 893-3914 Phone
(703) 893-6944 Fax
*Counsel for Corfu Contractors, Inc.*



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**Civil Division**

**A-J MARINE, INC.,** *

**Plaintiff** *

v. *

**CORFU CONTRACTORS, INC.,** *

**Serve: Mr. Christos Kollas**
**2405 Oakmont Court**
**Oakton, VA 22124-1000** *

**THE OHIO CASUALTY**
**INSURANCE COMPANY,** *

**Serve: Corporation Service Company**
**1090 Vermont Ave., NW, Suite 430**
**Washington, D.C. 20005** *

**Defendants.** *

**Civil Action No.** 0005614-07

RECEIVED
Civil Clerk's Office
AUG 1 4 2007

**COMPLAINT**

COMES NOW plaintiff A-J Marine, Inc. and submits its claim for breach of contract against defendant Corfu Contractors, Inc. and its claim against The Ohio Casualty Insurance Company for payment upon a surety bond.

1. Plaintiff A-J Marine, Inc. is a corporation organized under the laws of the state of Maryland with its principal office located at 11101 Cedar Lane, Kingsville, Maryland 21087. A-J Marine, Inc. is qualified to do business in the District of Columbia.

2. Defendant Corfu Contractors, Inc. is a corporation organized under the laws of the state of Virginia with its principal office located at 2405 Oakmont Court, Oakton, Virginia 22124-1000. Corfu Contractors, Inc. is not qualified to do business in the



District of Columbia. Corfu Contractors, Inc. may be served with process by service upon its principal, Mr. Christos Kollas, 2405 Oakmont Court, Oakton, VA 22124-1000.

3. Defendant The Ohio Casualty Insurance Company is an insurance company organized under the laws of the state of Ohio with offices located at 136 North Third Street, Hamilton, Ohio 45025. This defendant may served with process by service upon its registered agent for service of process, Corporation Service Company, 1090 Vermont Avenue, NW, Suite 430, Washington, D.C. 20005.

4. The Court's jurisdiction is founded upon D.C. Code §11-921. The Court's personal jurisdiction of each of the defendants is founded upon D.C. Code §13-423(a)(1), the defendants each having transacted the business which is the subject of this action in the District of Columbia.

**Count One: Breach of Contract**

5. The foregoing paragraphs 1 through 4 are incorporated as a part of this Count One as if fully set forth herein.

6. A-J Marine, Inc. entered into a written subcontract (hereinafter, "the Subcontract") with Corfu Contractors, Inc. on or about October 24, 2006. The Subcontract provided for the performance of certain work by A-J Marine, Inc. on a project of the Washington Metropolitan Area Service Authority, Contract No. FN3031, "Scour Countermeasure Installation for Potomac River Metrorail Bridge, Piers District of Columbia." A copy of the Subcontract is attached hereto as Exhibit A.

7. The Subcontract provided inter alia that A-J Marine, Inc. would provide a minimum of a three-man crew to work 40 hours per week to perform mechanical dredging and placement of stone. The Subcontract provided that Corfu Contractors, Inc.

"will supply all materials, dredge barges, rock barges, long reach excavator, moorings, #6 sectional barges, spuds, spud wells, fuel tanks, fuel, personnel boat" and other facilities.

8. The Subcontract provided that A-J Marine, Inc. would receive monthly compensation of $85,371.00, plus a mobilization fee of $5,000.00 and a demobilization fee of $5,000.00.

9. The Subcontract provided that A-J Marine, Inc. would mobilize the week of October 23, 2006 and complete its work in accordance with "Contract Schedules," which provided for contract completion on or before July 17, 2007. "No work is allowed between March 1 and June 30."

10. Upon signature of the Subcontract on October 24, 2007, A-J Marine, Inc. immediately mobilized, having been informed that Corfu Contractors, Inc.'s material barges would arrive at the jobsite during the first week of November. Corfu Contractors failed to deliver its dredge material barges and stone material barges loaded with stone. A-J Marine's personnel, material and equipment waited for Corfu Contractors to deliver its barges until early December. On December 13, A-J Marine moved its equipment to a safer location, protected from the winter weather, and continued to wait for Corfu Contractors to deliver its barges. Thereafter Corfu Contractors wrongfully abandoned the Subcontract.

11. During the course of its performance of the Subcontract, A-J Marine, Inc. earned the sum of $253,380.50 in accordance with the Subcontract's provisions for payment. Corfu Contractors has wrongfully failed and refused to pay that sum or any sum to A-J Marine, Inc. The sum due A-J Marine, Inc. is calculated as shown on the ten invoices which are attached hereto as Exhibit B.

12. In accordance with the Subcontract, A-J Marine provided a turbidity curtain 4 feet to 6 feet in depth at no charge, "however, Corfu has ordered heavier duty and deeper curtain which will be forfeited to A-J Marine, Inc. at the completion of the project." The Contract Completion Date of July 17, 2007 has passed, yet Corfu has not forfeited the heavier duty and deeper turbidity curtain to A-J Marine. The value of the curtain is approximately $5000.00.

Wherefore, plaintiff A-J Marine, Inc. prays that the Court enter judgment in its favor and against Corfu Contractors, Inc. in the amount of $258,380.50, plus all costs of this action and a reasonable fee for its attorney.

**Count Two: Breach of Payment Bond**

13. The foregoing paragraphs 1 through 12 are incorporated as a part of this Count Two as if fully set forth herein.

14. As part of its obligation under its prime contract with the owner of the project, the Washington Metropolitan Area Service Authority, Corfu Contractors furnished a surety bond (hereinafter, "the Payment Bond") for the protection of its subcontractors. A copy of the bond is attached hereto as Exhibit C. The Payment Bond was issued by defendant The Ohio Casualty Insurance Company (hereinafter, "the Surety"). Section 3.c of the bond requires that action be filed in the courts of the District of Columbia.

15. A-J Marine, Inc. through an attorney at law made a written claim against the Payment Bond in or about January 2007. A-J Marine, Inc. reiterated its claim against the Payment Bond through an attorney on April 30, 2007. A-J Marine, Inc. has satisfied all

conditions precedent to this action. The Surety has failed and refused to pay the sum due under the Payment Bond.

16. The Surety's failure to pay the claim against the Payment Bond is a breach of the obligations of the bond.

Wherefore, plaintiff A-J Marine, Inc. prays that the Court enter judgment in its favor and against The Ohio Casualty Insurance Company in the amount of $258,380.50, plus all costs of this action and a reasonable fee for its attorney.

Christopher L. Grant
Attorney at Law
D.C. Bar No. 396132
1250 Connecticut Ave., NW.
Suite 200
Washington, D.C. 20036
(202) 261-3515
lawgrant@mindspring.com

THIS AGREEMENT, made this 24th day of OCTOBER A.D. 2006 by and between CORFU CONTRACTORS, INC. hereinafter called the Contractor, and A-J MARINE, INC. hereinafter called the Subcontractor.

For the consideration hereinafter named, the Subcontractor agrees with the Contractor, as follows:

**ARTICLE 1 WORK:** Dredging and Placement of Stone

At: Potomac River Metro Rail Bridge Piers
ADDRESS

For: Washington Metropolitan Area Service Authority, 600 Fifth Street, NW., Washington, DC 20001
OWNER OR OWNERS

according to the general conditions of the contract, as per the drawings and specifications, and amendments and/or changes to either (details thereof to be supplied as needed) prepared and identified by Washington Metropolitan Area Service Authority, Contract No. FN3031, Scour Countermeasure Installation for Potomac River Metrorail Bridge, Piers District of Columbia Owner/Architect, and to the full satisfaction of said Owner/Architect.

**ARTICLE 2. TIME:** The Subcontractor agrees to promptly begin work as soon as notified by the Contractor, and to complete the work as follows: Mobilize the week of October 23, 2006 and complete work in Accordance with Contract Schedules. Contract Completion Date is July 17, 2007. No work is allowed between March 1 and June 30.

**ARTICLE 3. EXTRAS:** No deviations from the work specified in the contract will be permitted or paid for unless a written extra work or change order is first agreed upon and signed as required.

**ARTICLE 4. ASSIGNMENT:** No assignment of this subcontract agreement is permitted without prior written permission from the Contractor.

**ARTICLE 5. INSURANCE:** The Subcontractor agrees to obtain and pay for the following insurance coverages: Workmen's Compensation, Public Liability, Property Damage, and any other insurance coverage which may be necessary as required by the Owner, Contractor, or State Law, Per Contract Specifications and County Requirements.

10-24-06 **ARTICLE 6. TAXES:** The Subcontractor agrees to pay any and all Federal, State, or Local Taxes which are, or may be, assessed upon the material and labor which he furnishes under the contract.

J.D.N. 10-24-06 IN CONSIDERATION WHEREOF, the Contractor agrees that he will pay the Subcontractor, in ~~Progress~~ Monthly payments, the sum of Per Attached Schedule of Billing Rates Dollars ($______) ~~for materials and work,~~ said amount to be paid as follows: ~~Ninety~~ per cent (100 %) of all labor and ~~material which has been fixed in place~~ by the Subcontractor, to be paid ~~on or about the~~ Monthly ~~of the following month, except the final payment,~~ which the Contractor shall pay to the Subcontractor within 45 days after the Subcontractor shall have completed his work to the full satisfaction of the Architect or Owner. J.D.N. 10-24-06

The Contractor and the Subcontractor for themselves, their successors, executors, administrators and assigns, hereby agree to the full performance of the covenants herein contained.

IN WITNESS WHEREOF, they have executed this agreement the day and year first above written.

WITNESS

WITNESS

A-J MARINE, INC.
SUBCONTRACTOR

BY
MD License #
STATE LICENSE NO.:

CORFU CONTRACTORS, INC.
CONTRACTOR
10/24/06

BY:

Topa Form No. 3401—Revised
Litho in U.S.A.



10-24-06
J.D.N. 10-24-06

Exhibit A

# SUBCONTRACT AGREEMENT

**Contractor:**
Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, Virginia 22124-1000
CorfuContractors@aol.com
703-350-0617
703-743-2175 fax

**Subcontractor:**
A-J Marine, Inc.
11101 Cedar Lane
Kingsville, MD 21087
AJMarine@erols.com
410-592-8157
410-592-8158 fax

P.K. 10-24-06
JDN 10-24-06

Work to Include:

Minimum Three (3) Man Crew On-site Working ~~at All Times~~ 40 hrs/wk.

Dredging as Specified and Shown on Drawings, Including Slope to Existing Grade (Testing and Disposal of Dredge Spoil to be Performed by Others). Owner estimates maximum of 9,158 CY per drawings. As specified, dredging of non-hazardous material is in the contract. If material is hazardous, A-J Marine will submit a proposal for the change.

Dredging will not exceed owner's maximum estimate of:
- 1,568 Cubic Yards at Pier #13
- 3,996 Cubic Yards at Pier #14
- 1,930 Cubic Yards at Pier #15
- 1,664 Cubic Yards at Pier #16

P.K. 10-24-06
JDN 10-24-06

~~Installation of Geotextile Fabric~~
Installation of Filter Blanket (AASHTO #1 and #8)
Installation of Riprap (VDOT Class I or VDOT Class II)
~~Installation of Used Turbidity Curtain Around Your Work Area~~ (Corfu Will Maintain).

P.K. 10-24-06
J.D.N. 10-24-06

10/24/06 P.K. JDN. 10-24-06

~~Transportation and Anchoring of Dredge Spoil Storage Vessel to Gravelly Point, or to an Alternate Location~~ Near the Job Site, in Preparation for Transport to the Disposal Site by Others.

Equipment and Material Provided by General Contractor:

Geotextile Fabric
330 Tons AASHTO #1(234 CY Maximum Shown on Drawings, at 105 pounds per CF)*
500 Tons AASHTO #1 Modified for Piers #14 and #15 (354 CY Maximum Shown on Drawings, at 105 pounds per CF)*
850 Tons AASHTO #8 (588 CY Maximum Shown on Drawings, at 105 pounds per CF)*
2,700 Tons VDOT I Riprap (1,850 CY Maximum Shown on Drawings, at 107 pounds per CF)*
6,000 Tons VDOT II Riprap (4,040 CY Maximum Shown on Drawings, at 107 pounds per CF)*

*Manufacturers calculated tonnage
Material Will Be Supplied from Barges Located at Gravelly Point.

One (1) Each Cat 322 Model #L.R. Long Reach Excavator
One (1) Each Six (6) Sectional Barge with (2) Spuds and (2) Spudwells
South Capital Street Location for Storage of Boats
One (1) Boat Slip at Columbia Island Is Expected to Be Provided by the Owner. If the Slip Is Provided, A-J Marine Will Have Use of the Slip.
Utility Mark-Out and Notification will be Performed by General Contractor (All clear at Piers, Ticket #6422405. All utilities are aerial and on bridge only.)

P.K. 10-24-06
JDN 10-24-06

All work must be in compliance with Contract Documents for Washington Metropolitan Area Transit Authority, Contract No. FN3031, Scour Countermeasure Installation for Potomac River Metrorail Bridge, Piers District of Columbia:

Section 2, Appendix D - Wage Rates, Page 227 to Page 245

Section 3, Technical Provisions
204 Grading Excavating and Backfilling, Page 263 to Page 273
226 River Water and Sediment, Page 297 AM 01 to Page 301

Insurance certificate in compliance with WMATA Contract requirements at Page 172 to Page 174.

Contract Drawings:

Contract No. FN3031, Drawing No. GN-01 R1
Contract No. FN3031, Drawing No. PR-1
Contract No. FN3031, Drawing No. PR-2
Contract No. FN3031, Drawing No. PR-3
Contract No. FN3031, Drawing No. PR-4
Contract No. FN3031, Drawing No. PR-5

Reference Drawings:

Collins Engineers, Inc., Underwater Bridge Inspection WMATA Figures 1-6
As-Built Drawings, L'Enfant - Pentagon River Crossing

PcK 10-24-06

 JDN. 10-24-06



A-J MARINE, INC.

MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

*The following addendum is made part of this agreement between the general contractor (Corfu Contractors, Inc.) and the subcontractor ( A-J Marine, Inc.). Addendum to contract No. FN3031, Scour Counter Measures Installation for the Potomac River Metrorail Bridge Piers District of Columbia*

*Price does not include towing to and from Galesville.

*Price does not include fuel for equipment.

* Price includes one mobilization and demobilization.

*Permits are the responsibility of others

*Turbidity curtain 4' to 6' in depth will be furnished at no charge as agreed however, Corfu has ordered heavier duty and deeper curtain which will be forfeited to A-J Marine, Inc. at the completion of the project.

* Installation, maintenance and removal of the curtain is the responsibility of others.

* A-J Marine, Inc. is to provide mechanical dredging and Placement of stone. A-J Marine will supply the labor and equipment listed below at the rates quoted. Excavation is for non -hazardous material only.

* Rock excavation and obstructions are not included.

* Corfu will supply all materials, dredge barges, rock barges, long reach excavator, moorings, sectional barges, spuds, spud wells, fuel tanks, fuel, personnel boat, one boat slip or fees for one boat slip for A-J Marine's vessel @ Columbia Island Marina.

10-24-06 PK / JDN 10-24-06

* Any additional insurance requirements above what is in place will be passed thru to the general contractor.

*All excavation will be done mechanically by clamshell or excavator. If open excavation needs to be maintained this will be at additional expense. We are providing excavation and rock placement services with personnel and equipment.

* Installation of the fabric is to be done by the general contractor. We will assist with equipment if necessary.

*Inspection of any kind is not included.

* Disposal of the dredge spoil is to be done by others.

* Moving of the material barges is to be done by others.

*Corfu Contractors, Inc. has verified the working heights under the bridges to be a minimum of 28' around the piers and 22' at the railroad bridge.

*The location, protection, marking, shoring or repairs of utilities are the sole responsibility of the General Contractor

* Subcontractor will make every effort to complete the project by the completion date however subcontractor is allowed as many days as the general contractor is allowed in the contract starting from date of mobilization. Weather may increase this time due to the winter months.

P.K. JDN 10/24/06 4085

| | |
|---|---|
| **Equipment Monthly rates based on 40 hr. work week* | |
| 7 -sectionals @ $800.00 = | $5,600.00 |
| 2--Spuds and spud wells | $450.00 |
| 1-Link belt crawler 75 ton | $11,500.00 |
| 1 ½ yd. Clam bucket | $2,600.00 |
| ¾ yd rock grapple | $1,250.00 |
| | |
| 5 -sectionals @800.00= | $4,000.00 |
| 2-Spuds and spudwells | $450.00 |
| 1-Caterpillar excavator with hydraulic thumb | $6,500.00 |
| 20-Timber mats | $2,400.00 |
| 1-Pushboat | $4,800.00 |
| 1-anchor | $1,200.00 |
| 2-trucks @ $1,100.00ea. | $2,200.00 |
| 1- skid steer loader if needed | $1,800.00 |
| 1-rock box if needed | $1,200.00 |
| Sub Total | $45,450.00 |
| Tax at 5% | $2,272.50 |
| | |
| **Labor for 8 hr. day* | |
| Crane operator 8hrs. @ $30.36 (45.54) x22 days | $8,015.00 |
| Excavator operator 8hrs. @ $29.90 (44.85) x22 days | $7,894.00 |
| Supervisor 8hrs. @ $35.00 ($50.00) x 22days | $9,240.00 |
| Laborer 8hrs.@ $21.64 ($32.46) x22 days | $5,712.96 |
| (Does not include any O.T. or weekend work) | |
| Company mo. Overhead | $12,500.00 |
| Total monthly | $85,371.00 |
| | |
| Mobilization | $5,000.00 |
| Demobilization | $5,000.00 |

The terms above are accepted and made part of the contract as of October 16, 2006 and signed by both parties below. Both parties affirm that they are authorized to execute this agreement to be legally binding on behalf of the parties named above.

General Contractors signature [signature] Date 10/24/06

Subcontractors Signature [signature] Date 10/24/06

Pvk 10-24-06

JDN 10-24-06



# A-J MARINE, INC.

MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

November 7, 2006

Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, VA 22124-1000

INVOICE # 102406 Due Date 11/14/06
Mobilization/ setup of equipment on barges @ Galesville, MD

| | |
|---|---|
| Mobilization | $5,000.00 |
| TOTAL DUE THIS INVOICE | $5,000.00 |

Exhibit B

# A-J MARINE, INC.

MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

November 7, 2006

Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, VA 22124-1000

INVOICE # 102406-1
October 24, 2006- November 23, 2006

Due Date 11/23/06

| | |
|---|---|
| *7 -sectionals @ $800.00 =* | *$5,600.00* |
| *2--Spuds and spud wells* | *$450.00* |
| *1-Link belt crawler 75 ton* | *$11,500.00* |
| *1 ½ yd. Clam bucket* | *$2,600.00* |
| *¾ yd rock grapple* | *$1,250.00* |
| *5 -sectionals @800.00=* | *$4,000.00* |
| *2-Spuds and spudwells* | *$450.00* |
| *1-Caterpillar excavator with hydraulic thumb $6,500.00* | |
| *20-Timber mats* | *$2,400.00* |
| *1-Pushboat* | *$4,800.00* |
| *1 carolina skiff* | *$00.00* |
| *1-anchor* | *$00.00* |
| *2-trucks @ $1,100.00ea.* | *$1,100.00* |
| *Sub Total* | *$40,650.00* |
| *Tax* | *$2,032.50* |
| ***Labor to be billed separately on a weekly basis* | |
| *Company mo. Overhead* | *$12,500.00* |
| TOTAL DUE THIS INVOICE | $55,182.50 |



# A-J MARINE, INC.

MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

November 27, 2006

Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, VA 22124-1000

INVOICE # 120106 Due Date 12/01/06Upon Receipt
November 02, 2006- December 1, 2006

| | |
|---|---|
| *Crane operator 8hrs. @ $30.36 (45.54) x22 days* | *$8,015.00* |
| *Excavator operator 8hrs. @ $29.90 (44.85) x22 days* | *$7,894.00* |
| *Supervisor 8hrs. @ $35.00 ($50.00) x 22days* | *$9,240.00* |
| *Total* | *$25,149.00* |

TOTAL DUE THIS INVOICE $25,149.00

## A-J MARINE, INC.



MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

November 27, 2006

Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, VA 22124-1000

INVOICE # 112706-1 — Due Date 12/23/06
November 24, 2006- December 23, 2006

| | |
|---|---|
| *7 -sectionals @ $800.00 =* | *$5,600.00* |
| *2--Spuds and spud wells* | *$450.00* |
| *1-Link belt crawler 75 ton* | *$11,500.00* |
| *1 ½ yd. Clam bucket* | *$2,600.00* |
| *¾ yd rock grapple* | *$1,250.00* |
| | |
| *5 -sectionals @800.00=* | *$4,000.00* |
| *2-Spuds and spudwells* | *$450.00* |
| *1-Caterpillar excavator with hydraulic thumb $6,500.00* | |
| *20-Timber mats* | *$2,400.00* |
| *1-Pushboat* | *$4,800.00* |
| *1 carolina skiff* | *$00.00* |
| *1-anchor* | *$00.00* |
| *2-trucks @ $1,100.00ea.* | *$1,100.00* |
| *Sub Total* | *$40,650.00* |
| *Tax* | *$2,032.50* |
| | |
| ***Labor to be billed separately on a weekly basis* | |
| *Company mo. Overhead* | *$12,500.00* |
| | |
| TOTAL DUE THIS INVOICE | $55,182.50 |

A-J MARINE, INC.

MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

January 2, 2007

Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, VA 22124-1000

INVOICE # 010207
December 02, 2006- January 2, 2007

Due Date: Upon Receipt

| | |
|---|---|
| *Crane operator 8hrs. @ $30.36 (45.54) x22 days* | *$8,015.00* |
| *Excavator operator 8hrs. @ $29.90 (44.85) x22 days* | *$7,894.00* |
| *Supervisor 8hrs. @ $35.00 ($50.00) x 22days* | *$9,240.00* |
| *Total* | *$25,149.00* |

TOTAL DUE THIS INVOICE $25,149.00

**A-J MARINE, INC.**

MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

January 16, 2007

Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, VA 22124-1000

INVOICE # 011607
December 24, 2006- January 23, 2007

Due Date: upon receipt

| | |
|---|---|
| *7 -sectionals @ $800.00 =* | *$5,600.00* |
| *2--Spuds and spud wells* | *$450.00* |
| *1-Link belt crawler 75 ton* | *$11,500.00* |
| *1 ½ yd. Clam bucket* | *$2,600.00* |
| *¾ yd rock grapple* | *$1,250.00* |
| *5 -sectionals @800.00=* | *$4,000.00* |
| *2-Spuds and spudwells* | *$450.00* |
| *1-Caterpillar excavator with hydraulic thumb $6,500.00* | |
| *20-Timber mats* | *$2,400.00* |
| *1-Pushboat* | *$4,800.00* |
| *1 carolina skiff* | *$00.00* |
| *1-anchor* | *$00.00* |
| *2-trucks @ $1,100.00ea.* | *$1,100.00* |
| *Sub Total* | *$40,650.00* |
| *Tax* | *$2,032.50* |
| ***Labor to be billed separately on a weekly basis* | |
| *Company mo. Overhead* | *$12,500.00* |
| TOTAL DUE THIS INVOICE | $55,182.50 |



# A-J MARINE, INC.

MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

January 16, 2007

Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, VA 22124-1000

INVOICE # 011607-1
January 03, 2006- January 16, 2007

Due Date: Upon Receipt

| | |
|---|---|
| *Crane operator 8hrs. @ $30.36 (45.54) x10 days* | *$3,643.00* |
| *Excavator operator 8hrs. @ $29.90 (44.85) x10 days* | *$2,392.00* |
| *Supervisor 8hrs. @ $35.00 ($50.00) x 10days* | *$4,000.00* |
| *Total* | *$10,035.00* |

TOTAL DUE THIS INVOICE $10,035.00



# A-J MARINE, INC.

MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

January , 2007

Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, VA 22124-1000

INVOICE # 0107 Due Date: upon receipt

| | |
|---|---|
| Towing of barges from Washington D.C. to Galesville, MD<br>Demobilization of equipment off barges @ Galesville, MD | $12,500.00 |
| Demobilization | $5,000.00 |
| TOTAL DUE THIS INVOICE | $17,500.00 |



# A-J MARINE, INC.

MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

February 13 , 2007

Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, VA 22124-1000

INVOICE # 021307 Due Date: upon receipt

| | |
|---|---|
| 200' turbidity curtain rental@ $5.00/ ft./ mo. November, 2006 | $1,000.00 |
| 200' turbidity curtain rental@ $5.00/ ft./ mo. December, 2006 | $1,000.00 |
| 200' turbidity curtain rental@ $5.00/ ft./ mo. January, 2007 | $1,000.00 |
| 200' turbidity curtain rental@ $5.00/ ft./ mo. February, 2007 | $1,000.00 |
| TOTAL DUE THIS INVOICE | $4,000.00 |



# A-J MARINE, INC.

MARINE CONSTRUCTION & UNDERWATER SERVICES

11101 Cedar Lane • Kingsville, MD 21087
Kingsville, Maryland 21087
Tel: (410) 592-8157 • Fax (410) 592-8158

March 12, 2007

Corfu Contractors, Inc.
2405 Oakmont Court
Oakton, VA 22124-1000

INVOICE # 031207 Due Date: upon receipt

| | |
|---|---|
| 200' turbidity curtain rental@ $5.00/ ft./ mo. March, 2007 | $1,000.00 |
| TOTAL DUE THIS INVOICE | $1,000.00 |

**Washington Metropolitan Area Transit Authority**

**Contract No. FN3031** **Construction Contract** **IFB-FN3031/JDC Rebid**

**PAYMENT BOND** Bond Number 3-855-111

***Contract No. FN3031/Rebid*** ***Contract Date:*** January 10th, 2006

***Penal Sum of Bond:*** 40% of the Contract Price ***Date Bond Executed:*** January 24th, 2006

*KNOW ALL MEN BY THESE PRESENTS, that we, the Principal and Surety(ies) hereto, are firmly bound to the Washington Metropolitan Area Transit Authority (hereinafter called the Authority) in the above penal sum for the payment of which we bind ourselves, our heirs, executors, administrators, and successors, jointly and severally: Provided, that, where the Sureties are corporations acting as co-sureties, We, the Sureties, bind ourselves in such sum "jointly and severally" as well as "severally" only for the purpose of allowing a joint action or actions against any or all of us, and for all other purposes each Surety binds itself, jointly and severally with the Principal, for the payment of such sum only as set forth opposite the name of such Surety, but if no limit of liability is indicated, the limit of liability shall be the full amount of the penal sum.*

*THE CONDITION OF THIS OBLIGATION IS SUCH, that whereas the Principal entered into the contract identified above:*

*NOW, THEREFORE, if the Principal shall promptly make payment to all claimants as hereinafter defined supplying labor and material in the prosecution of the work provided for in said contract, and any and all duly authorized modifications of said contract that may hereafter be made, notice of which modifications to the Surety(ies) being hereby waived, then the above obligation shall be void and of no effect, otherwise it shall remain in full force and effect, subject, however, to the following conditions:*

1. *A claimant is defined as one having a direct contract with the Principal or with a subcontractor of the Principal for labor, material, or both, used or reasonably required for use in the performance of the contract, labor and material being construed to include that part of water, gas, power, light, heat, oil, gasoline, telephone service or rental of equipment directly applicable to the CONTRACT.*

2. *The above-named Principal and Surety hereby jointly and severallyagree with the Owner that every claimant as herein defined, who has not been paid in full before the expiration of a period of ninety (90) days after the date on which the last of such claimant's work or labor was done or performed, or materials were furnished by such claimant, may sue on this bond for the use of such claimant, prosecute the suit to final judgment for such sum or sums as may be justly due the claimant, and have execution thereon. The Owner shall not be liable for the payment of any costs or expenses of any such suit.*

3. *No suit or action shall be commenced hereunder by any claimant:*

   a. *Unless claimant, other than one having a direct contract with the Principal, shall have given written notice to the Principal within ninety (90) days after such claimant did or performed the last of the work or labor, or furnished the last of the materials for which said claim is made, stating with substantial accuracy the amount claimed and the name of the party to whom the materials were furnished, or for whom the work or labor was done or performed. Such notice shall be served by mailing the same by registered mail or certified mail, postage prepaid, in an envelope addressed to the Principal at any place where he maintains an office or conducts business, or his residence or such notice shall be served in any manner in which legal process may be served in the state or District of Columbia in which the aforesaid project is located, save that such service need not be made by a public officer.*

   b. *After the expiration of one (1) year following the date of final settlement of said CONTRACT, it being understood, however, that if any limitation embodied in this bond is prohibited by any law controlling the construction hereof, such limitation shall be deemed to be amended so as to be equal to the minimum period of limitation permitted by such law.*

   c. *Other than in a state court of competent jurisdiction in and for the county or other political subdivision of the state in which the project, or any part thereof, is situated or in the United States District Court for the district in which the project, or any part thereof, is situated, and not elsewhere.*



Exhibit C

**Washington Metropolitan Area Transit Authority**

**Contract No. FN3031** **Construction Contract** **IFB-FN3031/JDC Rebid**

***PAYMENT BOND page 2***

Bond Number 3-655-111

*IN WITNESS WHEREOF, the Principal and Surety(ies) have executed this payment bond and have affixed their seals on the date set forth above.*

***Principal(s)***

1. *Firm Name and Address:* Corfu Contractors, Inc. 2720 Bowling Green Drive, Vienna, VA 22180-7033 — *Corporate Seal*
*Signature:* [signature]
Christos Kollas, President — State of Inc.: Virginia

2. *Firm Name and Address:* — *Corporate Seal*
*Signature:* ______________
*Name and Title:* — *State of Inc.:*

3. *Firm Name and Address:* — *Corporate Seal*
*Signature:* ______________
*Name and Title:* — *State of Inc.:*

***Corporate Surety(ies)***

| | | | |
|---|---|---|---|
| *Surety* A | *Surety Name and Address:* The Ohio Casualty Insurance Company, Hamilton, Ohio<br>*Signature:* [signature]<br>*Name and Title:* Nancy W. Vipond, Attorney-in-fact | *Liability Limit* $37,190,000<br>*State of Inc.:* Ohio | *(Seal)* |
| *Surety* B | *Surety Name and Address:*<br>*Signature:* ______________<br>*Name and Title:* | *Liability Limit* $<br>*State of Inc.:* | *(Seal)* |
| *Surety* C | *Surety Name and Address:*<br>*Signature:* ______________<br>*Name and Title:* | *Liability Limit* $<br>*State of Inc.:* | *(Seal)* |

***Attach additional pages as needed.***

***Instructions***

1. *This form is authorized for use in connection with contracts for construction work or the furnishing of supplies and services.*
2. *The full legal name and business address of the Principal shall be inserted in the space designated "Principal" on the face of this form. The bond shall be signed by an authorized person. Where such person is signing in a representative capacity (e.g., an attorney-in-fact), but is not a member of the firm, partnership or joint venture, or an officer of the corporation involved, evidence of his authority must be furnished.*
3. *Corporation executing the bond as sureties must be among those appearing on the Treasury Department's list of approved sureties and must be acting within the limitations set forth therein. Where more than a single corporate surety is involved, their names and addresses (city and State) shall be inserted in the spaces (Surety A, Surety B, etc.) headed "Corporate Surety(ies)".*
4. *Corporations executing the bond shall affix their corporate seals.*
5. *The name of each person signing this payment bond should be typed in the space provided.*
6. *The date this Bond is executed must be later than the contract execution date.*

* * *

# SUBCONTRACT AGREEMENT

THIS AGREEMENT, made this EIGHTH day of MARCH A.D. 2005 by and between CORFU CONTRACTORS, INC. hereinafter called the Contractor, and BRICKWOOD CONTRACTORS, INC. hereinafter called the Subcontractor.

For the consideration hereinafter named, the Subcontractor agrees with the Contractor, as follows:

**ARTICLE 1 WORK:** All Work in the Owner's Contract No. FN3031/JDC, Scour Counterermeasure Installation

At: Potomac River Metro Rail Bridge Piers
ADDRESS

For: Washington Metropolitan Area Service Authority, 600 Fifth Street, NW., Washington, DC 20001
OWNER OR OWNERS

according to the general conditions of the contract, as per the drawings and specifications, and amendments and/or changes to either (details thereof to be supplied as needed) prepared and identified by Washington Metropolitan Area Service Authority Owner/Architect, and to the full satisfaction of said Owner/Architect.

**ARTICLE 2. TIME:** The Subcontractor agrees to promptly begin work as soon as notified by the Contractor, and to complete the work as follows: In Accordance with Contract Schedules

**ARTICLE 3. EXTRAS:** No deviations from the work specified in the contract will be permitted or paid for unless a written extra work or change order is first agreed upon and signed as required. Subcontractor will receive 80% of each Contract Change Order.

**ARTICLE 4. ASSIGNMENT:** No assignment of this subcontract agreement is permitted without prior written permission from the Contractor.

**ARTICLE 5. INSURANCE:** The Subcontractor agrees to obtain and pay for the following insurance coverages: Workmen's Compensation, Public Liability, Property Damage, and any other insurance coverage which may be necessary as required by the Owner, Contractor, or State Law, Per Contract Specifications and County Requirements.

**ARTICLE 6. TAXES:** The Subcontractor agrees to pay any and all Federal, State, or Local Taxes which are, or may be, assessed upon the material and labor which he furnishes under the contract.

IN CONSIDERATION WHEREOF, the Contractor agrees that he will pay the Subcontractor, in Progress payments, the sum of One Million Four Hundred Fifteen Thousand, One Hundred Twenty-Six 00/100 Dollars ($1,415,126.00) for materials and work, said amount to be paid as follows: per contract specified per cent (-------%) of all labor and material which has been fixed in place by the Subcontractor, to be paid ~~on or about the~~ Monthly ~~of the following month~~, except the final payment, which the Contractor shall pay to the Subcontractor within 14 days after the Subcontractor shall have completed his work to the full satisfaction of the Architect or Owner.

The Contractor and the Subcontractor for themselves, their successors, executors, administrators and assigns, hereby agree to the full performance of the covenants herein contained.

IN WITNESS WHEREOF, they have executed this agreement the day and year first above written.

WITNESS

BRICKWOOD CONTRACTORS, INC.
SUBCONTRACTOR

BY: Peter Kalos, President

2701-023469A
STATE LICENSE NO.:

WITNESS

CORFU CONTRACTORS, INC.
CONTRACTOR

BY: Christos Kollas, President

Tops Form No. 3461--Revised
Litho in U.S.A.



ALL-STATE LEGAL® EXHIBIT 2