IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A-J MARINE, INC.,                    *

    Plaintiff                         *

v.                                   *   Civil Action 1:07-cv-01642-RMC

CORFU CONTRACTORS, INC., et al.,     *

    Defendants.                       *


ANSWER OF A-J MARINE, INC. TO AMENDED COUNTERCLAIM

COMES NOW Plaintiff A-J MARINE, INC. and answers the Amended Counterclaim of defendant CORFU CONTRACTORS, INC.  In response to the specific allegations of the Amended Counterclaim, A-J Marine, Inc. avers as follows:

1. The allegations of paragraph 1 are admitted.

2. A-J Marine, Inc. admits that Corfu Contractors was the general contractor on the Project.  A-J Marine denies that Corfu Contractors subcontracted all of its work on the Project to Brickwood Contractors, Inc.

3. Paragraph 3 is denied.

4. Peter Kalos as agent for Corfu Contractors executed a written subcontract with A-J Marine.  Paragraph 4 is denied.

5. Paragraph 5 is denied.

6. Paragraph 6 describes only a portion of the provisions of the subcontract with regard to insurance.  Paragraph 6 is denied to the extent that it fails accurately and completely to describe those provisions.

7. Paragraph 7 describes only a portion of the provisions of the subcontract with regard to insurance. Paragraph 7 is denied to the extent that it fails accurately and completely to describe those provisions.

8. Paragraph 8 describes only a portion of the provisions of the subcontract with regard to insurance. Paragraph 8 is denied to the extent that it fails accurately and completely to describe those provisions.

9. Paragraph 9 is denied.

10. Paragraph 10 is denied.

11. Paragraph 11 is denied.

12. Paragraph 12 is denied.

In this action prior to the filing of the Amended Counterclaim, the parties and their attorneys have had an opportunity to make a reasonable inquiry as to the facts that gave rise to this action. The evidence adduced during this inquiry shows that the factual assertions of the Amended Counterclaim lack evidentiary support.

**Affirmative Defenses**

In response to the allegations of the Complaint, A-J Marine, Inc. asserts the following affirmative defenses: estoppel, failure of consideration, failure to mitigate damages, waiver.

WHEREFORE, A-J Marine, Inc. prays that the Court enter judgment in its favor and against Corfu Contractors, Inc. upon all allegations and claims set forth in the Amended Counterclaim, that A-J Marine, Inc. be awarded the costs of this action, and

that the Court award all such further relief to A-J Marine, Inc. as the Court may deem just.

          /s/_____
Christopher L. Grant
D.C. Bar 396132
1250 Connecticut Ave., NW.
Suite 200
Washington, D.C. 20036
(202) 261-3515
lawgrant@mindspring.com
Attorney for A-J Marine, Inc.

<u>Certificate of Service</u>

    I hereby certify that I have this 28th day of July 2008 served a copy of this Answer upon defendants by U.S. mail addressed as follows:

> Stephen J. Annino, Esq.
> Kasimer & Annino, P.C.
> 7653 Leesburg Pike
> Falls Church, VA 22043

> Cynthia E. Rodgers-Waire, Esq.
> Whiteford Taylor & Preston, LLP
> 7 St. Paul Street
> Baltimore, MD 21202

            /s/_____
            Christopher L. Grant