5639D8
D9
E8

**The Marston Agency, Inc.**  08/06/08
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

### RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | A-J Marine, Inc. | **Court:** | United States District Court District of Columbia |
| **Defendant:** | Corfu Contractors, Inc. v Peter Kalos | **Case:** | 07.1642 |
| **Serve:** | Peter Kalos<br>13214 Triple Crown Loop<br>Gainesville, VA 20155 | **Return Date:**<br>**Time:** | |
| **Contact:** | Stephen J. Annino — RTC<br>7653 Leesburg Pike<br>Falls Church, VA 22043 | **Phone:** | 7038933914 |

**Type(s) of Writ(s)**   paper:879173

Other (See Remarks)   Exhibits   Third Party Complaint

Witness/Defendant Peter Kalos was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
(X) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, _Stephen Shipp_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 8/15/08    Served Time: 20:17

Signature of Process Server    Notary

State of: Virginia    County/City of: ~~Henrico, Norfolk,~~ Prince William.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn and subscribed before me this _18_ day of Aug/Sep 20 _08_

Notary Public:

Type of Service: A    Auth Attempts: 1    Order: 146498    1 Day Rush: No    2 Day Rush: No

| Attempts | -1- | -2- | -3- | -4- | -5- |
|---|---|---|---|---|---|
| Date: | 8/11/08 | 8/15/08 | | | |
| Time: | 20:14 | 20:17 | | | |

**REMARKS** - Third Party Summons In A Civil Action

NOT HOME - 30'ish son said He is out of town - PA for a month or so -

Two cars in Driveway - upstairs light went out After doorbell rang - no one would answer door. Posted

[Notary seal: E. TIMBERS, NOTARY PUBLIC, REG # 240813, MY COMMISSION EXPIRES 10/31/2009, COMMONWEALTH OF VIRGINIA]

AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PLAINTIFF

**A-J Marine, Inc.**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

**Corfu Contractors, Inc.**

Case Number: **07.1642**

V. THIRD PARTY DEFENDANT

**Peter Kalos**

To: Name and address of Third Party Defendant

    Peter Kalos
    13214 Triple Crown Loop
    Gainesville, VA 20155

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

Christopher L. Grant, Esq.
1250 Connecticut Ave., NW
Suite 200
Washington, DC 20036

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Annino
Kasimer & Annino, P.C.
7653 Leesburg Pike
Falls Church, VA 22043

answer to the third-party complaint which is served on you with this summons, within __20__ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**     7/30/2008

CLERK                               DATE

DEPUTY CLERK

AO 441 (Rev. DC - 9/25/03) Third Party Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐  Served personally upon the third-party defendant. Place where served: _____

☐  Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐  Returned unexecuted: _____

☐  Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                                    *Signature of Server*

                                              _____
                                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.