UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| A-J MARINE, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil Action No. 07-1642 (RMC) |
| CORFU CONTRACTORS, INC., *et al.*, | | |
| Defendants. | | |

## ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that Corfu Contractors, Inc.'s motion for summary judgment [Dkt. # 137] is **GRANTED**; and it is

**FURTHER ORDERED** that The Ohio Casualty Insurance Company's motion for summary judgment [Dkt. # 138] is **GRANTED**; and it is

**FURTHER ORDERED** that the Third Party Complaint against Mr. Peter Kalos [Dkt. # 22] is **DISMISSED**; and it is

**FURTHER ORDERED** that Mr. Peter Kalos's motion for summary judgment or motion to dismiss [Dkt. # 139] is **DENIED** as moot; and it is

**FURTHER ORDERED** that A-J Marine, Inc.'s motion for scheduling order [Dkt. # 150] is **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED**.

Date: September 13, 2011                              /s/
                                                                ROSEMARY M. COLLYER
                                                                United States District Judge